UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HELPING HAND CAREGIVERS LTD., individually and as the representative of a proposed class of similarly-situated persons,<br><br>      Plaintiff,<br><br>  v.<br><br>MEDCARE STAFFING INC., THOMAS HARBIN, and JOHN DOES 1-12,<br><br>      Defendants. | No. 14-cv-06442<br><br>Hon. Charles R. Norgle |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to FED. R. CIV. P. 41 (a) (1) (A) (ii), Plaintiff, HELPING HAND CAREGIVERS LTD. ("Plaintiff"), files this Stipulation of Dismissal, signed by all parties that have appeared, dismissing this action with prejudice, with each party to bear his, her or its respective fees and costs incurred as a result of the subject proceedings.

December 1, 2014

Respectfully submitted,

HELPING HAND CAREGIVERS LTD., individually and as the representative of a putative class of similarly-situated persons

By: _____
Attorney for Defendants
Medcare Staffing Inc. and
Thomas Harbin

By: _____
Attorney for Plaintiff

Michael L. Brooks
Kerns, Frost & Pearlman, LLC
30 W. Monroe St., Ste. 1600
Chicago, IL 60603
Telephone: 312-261-4550

Phillip A. Bock
James M. Smith
BOCK & HATCH, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500