## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Helping Hand Caregivers Ltd.
                    Plaintiff,

v.                                              Case No.: 1:14–cv–06442
                                                Honorable Charles R. Norgle Sr.

Medcare Staffing Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2014:

    MINUTE entry before the Honorable Charles R. Norgle: Case dismissed with prejudice, with each party to bear his, her or its respective fees and costs incurred as a result of the subject proceedings. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.